Page 1 of 2

**Petty Offense Docket Sheet and Judgment Order**
For 01/09/2019 at 09:30 AM Hearing Site: MLAL District: ALABAMA SOUTHERN
Magistrate Judge: HON BERT W MILLING JR 28RD

Date Dec 21, 2018

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA30 W0800768 FTA ☐ | M | ARD, KERRY J<br>20 PAPAS TALK<br>SOCIAL CIRCLE, GA 30025<br>SSN:<br>Drivers License: | POSSESSING 2 SEA TURTLE EGGS<br>16USC1538(a)(1)(D)<br>Issued: 07/25/2018 by GREEN<br>Original Amount: 0.00<br>Current Due: 0.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 W0800715 FTA ☐ | O | LANCASTER, HARRY B<br>3045 WALKABOUT ROAD<br>GAINESTOWN, AL 36540<br>SSN: ###-##-4102<br>Drivers License: | TAKING MOURNING DOVES BY AID O<br>50CFR20.21(i)<br>Issued: 11/08/2018 by RAWLS<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 W0800709 FTA ☐ | O | PANICZKO, RAMONA L<br>521 CLIFTON ST<br>CAMDEN, AL 36726<br>SSN: ###-##-8458<br>Drivers License: | DID TAKE MIG GAME BIRDS BY AID<br>50CFR20.21(i)<br>Issued: 11/18/2018 by RAWLS<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 W0800713 FTA ☐ | O | SMITH, BENJAMIN C<br>5223 COUNTY ROAD 32<br>PINE HILL, AL 36769<br>SSN: ###-##-4670<br>Drivers License: | TAKE MIGRATORY GAME BIRDS BY A<br>50CFR20.21(i)<br>Issued: 11/08/2018 by RAWLS<br>Original Amount: 1,530.00<br>Current Due: 1,530.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

Page 2 of 2                             **Petty Offense Docket Sheet and Judgment Order**                             Date Dec 21, 2018
**For 01/09/2019 at 09:30 AM Hearing Site: MLAL District: ALABAMA SOUTHERN**
**Magistrate Judge: HON BERT W MILLING JR 28RD**

| Citation | Hrg Type | Defendant Information | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| SA30 W0800717 FTA ☐ | O | TYLER, DARRELL J<br>2065 COUNTY ROAD 30<br>THOMASTON, AL 36783<br>SSN: ###-##-3258<br>Drivers License: | TAKE MIGRATORY GAME BIRDS BY A<br>50CFR20.21(i)<br>Issued: 11/08/2018 by RAWLS<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |
| SA30 W0800718 FTA ☐ | O | WEAVER, ANTHONY E<br>64 S ANN STREET<br>MOBILE, AL 36604<br>SSN: ###-##-8609<br>Drivers License: | TAKE MIGRATORY GAME BIRDS BY B<br>50CFR20.21(i)<br>Issued: 11/08/2018 by RAWLS<br>Original Amount: 280.00<br>Current Due: 280.00 | Current: -<br>New:<br>Narrative: | 30 | | | |

The processing fee as printed on the violation notice and issued to the defendant should apply to each case regardless of the date issued. Applicable processing fee printed above.

# Signature Page for:
# Petty Offense Docket Sheet and Judgment Order

**District:** ALABAMA SOUTHERN

**Magistrate Judge:** HON BERT W MILLING JR

**Magistrate Code:** 28RD

**Hearing Site:** MLAL

**Date:** 01/09/2019

**Time:** 09:30 AM

**Tape Number(s)** _____

**Time in Court: Hours:** _____  **Minutes:** _____

**Presiding Judge:** _____  **Date:** _____

NOTE: The dispositions recorded on this docket along with the time on bench are used for MJSTAR reporting purposes. Only dispositions that indicate a defendant appeared in court while the judge was on the bench are counted for MJSTAR purposes. Generally, those dispositions begin with either a P or a T. Please contact the Central Violations Bureau at 800-827-2982 with any questions.